AM 1 2 3 4 5 6 7 8 9 10 11 12 PM
RECEIVED & FILED
CLERK'S OFFICE
MAY 17 2018
US DISTRICT COURT
SAN JUAN, PR

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

United States of America
v.
[1] ALEJANDRO CARRION-MELENDEZ AKA "EL GORDO"; [2] JOSE PEREZ-DIAZ

*Defendant(s)*

Case No. 18-846(SCC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 16, 2018 in the county of ______ in the Judicial District of Puerto Rico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. Section 922(g)(1) | Unlawful Posession of a Firearm by a Prohibited Persons (Felon) |

This criminal complaint is based on these facts:

See attached affidavit in support of Criminal Complaint.
The United States is requesting detention without bail.
Reviewed by: AUSA David Henek

☑ Continued on the attached sheet.

*Complainant's signature*

Donny Albino, Special Agent, HSI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05-17-2018

*Judge's signature*

City and state: San Juan, Puerto Rico

U.S. Magistrate Judge Silvia Carreño-Coll

*Printed name and title*