## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Donny Albino, being first duly sworn, do here by depose and state that:

## BACKGROUND

1. I am employed as a Special Agent with the Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), San Juan, Puerto Rico. I have been employed as a Special Agent since 2006. Prior to my carrier as a Special Agent I served as a Border Patrol Agent in El Paso Texas and as State Police Officer in Puerto Rico. As a Special Agent, my responsibilities include conducting investigations of alleged manufacturing, distributing or possession of controlled substances (21 U.S.C. 841) (a)(1), importation of controlled substances (21 U.S.C. 952) (a), smuggling of goods into the United States (18 U.S.C. 545), and related offenses and other criminal violations of the United States Code.

2. I have attended the Criminal Investigator Training Program and the United States Immigration and Customs Special Agent Training (ICESAT), at the Federal Law Enforcement Training Center, in Glynco, Georgia. I was trained in conducting investigations related to narcotics smuggling, interdiction and distribution activities. I am currently assigned to HSI Arecibo Office, where I conduct investigations related to violations of Titles 8, 18, 19, 21 and 31 of the United States Code (USC).

3. Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

## FACTS ESTABLISHING PROBABLE CAUSE

4. On May 3, 2018, the Puerto Rico Police Department (PRPD) Arecibo Narcotics Division received information from a confidential source regarding a subject partially identified as AKA "El Gordo" that allegedly was armed and was under probation. The source stated the subject was driving a red Nissan Versa with Puerto Rico license plates IOH-287. Furthermore, the source stated that every day the suspect would visit a Gulf Gas station located in Manati, Puerto Rico.

5. PRPD Agents assigned to the Arecibo Narcotics Division initiated a surveillance operational plan along with Homeland Security Investigations Task Force Officers (TFOs) to locate the subject. During the course of the investigation, agents discovered the vehicle in question was reported stolen. Furthermore, agents corroborated that the person driving the vehicle was a subject identified as Alejandro CARRION-Melendez AKA El Gordo and was under probation for a state narcotics violation.

6. On May 16, 2018, HSI TFOs and PRPD agents were conducting surveillance at the Gulf Gas Station in Manati, Puerto Rico. At approximately 7:41 pm, agents observed a green Ford Expedition arrive at the gas station and watched the driver, subsequently identified as Jose PEREZ-Diaz, step out of the car. As PEREZ-Diaz stepped out of the car, agents observed him grab what appeared to be a firearm from the car and place it into a fanny pack he was carrying. PEREZ-Diaz then waited outside of the gas station with the fanny pack in hand.

7. At approximately 7:51 P.M. CARRION-Melendez arrived at the gas station in the stolen vehicle described as a Nissan Versa with Puerto Rico Licenses Plates IOH-287. CARRION-Melendez got out of the stolen vehicle and entered the gas station followed by the Ford Expedition's driver, PEREZ-Diaz. At this time, CARRION-Melendez was carrying a sports bag across his chest.

8. PRPD agents followed the two individuals inside and immediately placed both Carrion-Melendez and Perez-Diaz under arrest.

9. From the sports bag CARRION-Melendez was carrying, agents seized a Glock Pistol, model 27, with serial number FFF788, fully loaded with eight (8) .40 caliber ammunitions and four (4) small plastic containers with a green leafy substance that field tested positive to marihuana. From CARRION-Melendez's pockets, agents retrieved two thousand one hundred and seventy-seven dollars in cash. From the stolen vehicle, PRPD agents seized two firearms—one Taurus .38 caliber revolver with serial number AT522422 and one Glock .40 caliber revolver, model 23, with serial number KMP634.

10. From the waist of PEREZ-Diaz, agents seized one Smith and Wesson pistol, model 4013TSW, with serial number BDH4196 loaded with nine (9) .40 caliber ammunitions. From PEREZ-Diaz's pockets, agents retrieved one small plastic bag containing a green leafy substance that field-tested positive for marihuana and one hundred sixty-two dollars ($162) in cash.

11. PRPD agents transported CARRION-Melendez and PEREZ-Diaz to the Arecibo Drug Division to be processed and to conduct a formal inspection of the vehicle for an inventory. Once at the PRPD Arecibo Drug Division, HSI Agents read CARRION-Melendez and PEREZ-Diaz their Constitutional Rights. Both acknowledged they understood their rights by signing ICE Form 73-025 and agreed to speak with HSI agents. CARRION-Melendez admitted to ownership of the Glock 27, the Taurus .38 caliber, and the Glock .40 caliber firearms during his interview. PEREZ-Diaz admitted ownership of the Smith and Wesson pistol during his interview.

14. Record checks reveal that both CARRION-Melendez and PEREZ-Diaz have previously been convicted for offenses punishable for a term of imprisonment exceeding one year. I am also aware that no firearms or ammunition, including those mentioned in

this affidavit are manufactured in Puerto Rico. Therefore, the firearms and ammunition in question were shipped through Interstate or Foreign commerce.

## CONCLUSION

16. Based upon my training, experience, and facts concerning this investigation, I respectfully believe that sufficient probable cause exists to show that there is material evidence that CARRION-Melendez and PEREZ-Diaz committed a violation of United States federal laws, to wit: Title 18, United States Code, Section 922 (g)(1).

The information contained in this Affidavit is known to be true and correct to best of my knowledge and information received through the course of this investigation and information provided by other agents.

Donny Albino
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 17th day of May 2018.

**THE HON. SILVIA CARREÑO-COLL**
**UNITED STATES MAGISTRATE JUDGE**